IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEVALLOS,

    Petitioner,      No. CIV S-07-1385 MCE GGH P

    vs.

M.G. BROWER, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        While the petition is captioned as a habeas corpus petition, it also contains language suggesting that petitioner intended to file a civil rights action.

        The purpose of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is to challenge the validity of a criminal conviction or sentence. The purpose of a civil rights action brought pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because

petitioner appears to challenge the legality of his criminal conviction, the court construes this action as a petition for writ of habeas corpus. If petitioner intends to challenge conditions of confinement, he must file a separate action.

After reviewing the petition, it is unclear to the court the grounds on which petitioner is challenging the legality of his conviction. For this reason, the petition is dismissed with leave to amend. Rule 4, Federal Rules Governing Section 2254 Cases. Petitioner should file his amended petition on the form provided by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The petition is dismissed with thirty days to file an amended petition; failure to file an amended petition within that time will result in the recommendation of dismissal of this action;

3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

DATED: 8/3/07                                            /s/ Gregory G. Hollows

                                                         UNITED STATES MAGISTRATE JUDGE

cev1385.100